IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

SHIRLEY JOHNSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, a Colorado corporation,

    Defendant.

## NOTICE OF RELATED CASES

Pursuant to L.R. 3.2, Plaintiff Shirley Johnson provides this Notice of Related Cases. All of the below cases similarly involve Frontier Airlines Inc.'s failure to provide refunds.

1. *Obertman v. Frontier Airlines, Inc.*, 1:20-cv-1689 (D. Colo.); Magistrate Judge Scott T. Varholak.

2. *Young v. Frontier Airlines, Inc.*, 1:20-cv-1153 (D. Colo.); District Judge Philip A. Brimmer; Magistrate Judge Kristen L. Mix.

3. *Sweet v. Frontier Airlines, Inc.*, 1:20-cv-1340 (D. Colo.); District Judge Raymond Moore; Magistrate Judge N. Reid Neureiter.

4. *Rivera-De Leon v. Frontier Airlines, Inc.*, 1:20-cv-1518 (D. Colo.); Magistrate Judge N. Reid Neureiter.

Dated: June 15, 2020          **BERGER MONTAGUE PC**

                                             /s/ *Shanon J. Carson*
                                             Shanon J. Carson
                                             1818 Market Street,

Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-4656
Email: scarson@bm.net

**BERGER MONTAGUE PC**
John G. Albanese
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
Fax: (612) 584-4470
Email: jalbanese@bm.net

**GIRARD SHARP LLP**
Adam E. Polk
Jordan Elias
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: apolk@girardsharp.com
Email: jelias@girardsharp.com

*Attorneys for Plaintiff*