IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:20-cv-01751-MEH

SHIRLEY JOHNSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, a Colorado Corporation,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5, I, John G. Albanese hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Shirley Johnson.

Dated: June 23, 2020

**BERGER MONTAGUE PC**

*/s/ John G. Albanese*
John G. Albanese
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
Fax: (612) 584-4470
Email: jalbanese@bm.net

*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance of Counsel was filed with this Court on June 23, 2020, through the CM/ECF system and will be sent electronically to all registered participants as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ John G. Albanese*
                                                  John G. Albanese