IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01751-MEH

SHIRLEY JOHNSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, a Colorado Corporation,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(a), William J. Katt, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 740 N. Plankinton Ave., Suite 600, Milwaukee, WI 53203, telephone number (414) 276-8816, facsimile number (414) 276-8819, email William.katt@wilsonelser.com, hereby certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Defendant Frontier Airlines, Inc.

DATED this 26th day of June, 2020.

    Respectfully submitted,

    By: */s/ William J. Katt*
    William J. Katt, Esq.
    740 N. Plankinton Avenue, Suite 600
    Milwaukee, WI 53203
    (414) 276-8816
    (414) 276-8819 (fax)
    william.katt@wilsonelser.com

    Jason D. Melichar, Esq.

R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2020, a true and correct copy of the foregoing was filed via CM/ECF and served to all counsel of record.

*/s/ William J. Katt*
William J. Katt, Esq.