IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01751-MEH

SHIRLEY JOHNSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, a Colorado Corporation,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    Pursuant to D.C.COLO.LAttyR 5(a), Patrick J. Kearns, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 401 West A Street, Suite 1900, San Diego, CA 92101, telephone number (619) 321-6200, facsimile number (619) 321-6201, email Patrick.kearns@wilsonelser.com, hereby certified that he is a member in good standing of this bar of this Court, and enters her appearance as counsel of record for Defendant Frontier Airlines, Inc.

    DATED this 26th day of June, 2020.

    Respectfully submitted,

    By: */s/ Patrick J. Kearns*
    Patrick J. Kearns, Esq.
    401 West A Street Suite 1900
    San Diego, CA 92101
    (619) 321-6200
    (619) 321-6201 (fax)
    patrick.kearns@wilsonelser.com

    William J. Katt, Esq.
    740 N. Plankinton Avenue, Suite 600
    Milwaukee, WI 53203

(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2020, a true and correct copy was filed via ECF and served to all counsel of record.

*/s/ Patrick J. Kearns*
Patrick J. Kearns, Esq.