IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01751-PAB-KLM

SHIRLEY JOHNSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2020.**

    Pursuant to the consolidation of this case with the lead case, 20-cv-01153-PAB-KLM, the Scheduling Conference currently set before this Court on August 18, 2020, is **vacated**.