IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01751-MEH

SHIRLEY JOHNSON, on behalf of herself and all others similarly situated,

  Plaintiff,

v.

FRONTIER AIRLINES, a Colorado Corporation,

  Defendant.

## AMENDED ENTRY OF APPEARANCE OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5, I, Adam E. Polk, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Shirley Johnson.

Dated: July 21, 2020

**GIRARD SHARP LLP**

/s/ *Adam E. Polk*
Adam E. Polk
apolk@girardsharp.com
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Amended Entry of Appearance of Counsel was filed with this Court on July 21, 2020, through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Adam E. Polk*
                                        Adam E. Polk